YAN PING LIANG, Appellant, v WEI XUAN GAO et al., Respondents.

Submitted November 30, 2015; decided January 5, 2016

Motion for reargument of motion for leave to appeal denied [*see* 26 NY3d 963 (2015)].